IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| GULFPORT ENERGY CORPORATION, *et al.*,[1] | ) Case No. 20-35562 (DRJ) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) |
| GULFPORT ENERGY CORPORATION, et al., | ) |
| | ) |
| Plaintiff, | ) Adv. Pro. No. 20-03464 |
| vs. | ) |
| | ) |
| FEDERAL ENERGY REGULATORY COMMISSION, | ) **Ref Docket No. 6** |
| | ) |
| Defendant. | ) |

**AFFIDAVIT OF SERVICE**

STATE OF CONNECTICUT )
                            ) ss.:
COUNTY OF MIDDLESEX )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as Director of Client Services by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. I caused to be served the "Order," dated November 16, 2020 [Docket No. 6], by causing true and correct copies to be:

   i. delivered via electronic mail on November 16, 2020 to those parties listed on the annexed Exhibit A, and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Gulfport Energy Corporation (1290); Gator Marine, Inc. (1710); Gator Marine Ivanhoe, Inc. (4897); Grizzly Holdings, Inc. (9108); Gulfport Appalachia, LLC (N/A); Gulfport MidCon, LLC (N/A); Gulfport Midstream Holdings, LLC (N/A); Jaguar Resources LLC (N/A); Mule Sky LLC (6808); Puma Resources, Inc. (6507); and Westhawk Minerals LLC (N/A). The location of the Debtors' service address is: 3001 Quail Springs Parkway, Oklahoma City, Oklahoma 73134.

ii. delivered via electronic mail to *Robert.solomon@ferc.gov* and *John.shepherd@ferc.gov* on November 17, 2020.

*/s/ Angharad Bowdler*
Angharad Bowdler

Sworn to before me this
20th day of November, 2020
*/s/ Amy E. Lewis*
Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires: 8/31/2022

# EXHIBIT A

**GULFPORT ENERGY CORPORATION, et al.,**
Case No. 20- 35562 (DRJ) - Electronic Mail Master Service List

| Creditor Name | Email |
|---|---|
| AES DRILLING FLUIDS LLC | RICHARD.BAXTER@AESFLUIDS.COM |
| ARMADA E&P OH, LLC DBA MUD MASTERS | robert.smith@armadawaste.com |
| B&L PIPECO SERVICES, INC. | STEVET@BLPIPECO.COM |
| BAKER HUGHES OILFIELD OPERATIONS LLC | LORENZO.SIMONELLI@BAKERHUGHES.COM |
| BRACEWELL LLP | JONATHAN.LOZANO@BRACEWELL.COM |
| BRACEWELL LLP | ROBERT.BURNS@BRACEWELL.COM, MARK.DENDINGER@BRACEWELL.COM |
| BRACEWELL LLP | BRAD.BENIOT@BRACEWELL.COM |
| COLORADO DEPT OF PUBLIC HEALTH AND | CDPHE.INFORMATION@STATE.CO.US |
| CYCLONE DRILLING FLUIDS LLC | MAURICE@CYCLONEHOLDINGS.NET |
| DEEP WELL SERVICES | MMARMO@DEEPWELLSERVICES.COM |
| EPA - REGION 8 | R8EISC@EPA.GOV |
| EPA - REGION 9 | R9.INFO@EPA.GOV |
| EQT PRODUCTION COMPANY, CORP. | DKHANI@EQT.COM |
| EQUITRANS WATER (OH), LLC | KIRK.OLIVER@ENERGYMP.COM |
| FORCE INC | CHRIS.FORCE@OESINC.COM |
| GAS FIELD SERVICES LLC | TOM@GASFIELDSVC.COM |
| HALL ESTILL HARDWICK GABLE GOLDEN & NELSON PC | ssoule@hallestill.com |
| HELMERICH & PAYNE INT DRILLNG, CORP. | JOHN.LINDSAY@HPINC.COM |
| HUNTON ANDREWS KURTH LLP | taddavidson@HuntonAK.com; josephrovira@HuntonAK.com; cdiktaban@HuntonAK.com |
| INTERNAL REVENUE SERVICES | SPECIALMASTEREXECCOMP@TREASURY.GOV |
| KATTEN MUCHIN ROSENMAN LLP | sreisman@katten.com; michael.comerford@katten.com; julia.winters@katten.com; marc.roitman@katten.com |
| LATHAM & WATKINS LLC | christopher.harris@lw.com; keith.simon@lw.com; annemarie.reilly@lw.com; brian.rosen@lw.com |
| LATHAM & WATKINS LLP | ADAM.GOLDBERG@LW.COM; hugh.murtagh@lw.com; evan.schladow@lw.com |
| LATHAM & WATKINS LLP | TREVOR.WOMMACK@LW.COM |
| MARKWEST UTICA EMG LLC | FRANKSEMPLE@MARKWEST.COM |
| NEXTIER COMPLETION SOLUTIONS | ROBERT.DRUMMOND@NEXTIEROFS.COM |
| NINE DOWNHOLE TECHNOLOGIES LLC | ANN.FOX@NINEENERGYSERVICE.COM |
| NORTH DAKOTA DEPT OF HEALTH | DGLATT@ND.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE | STEPHEN.STATHAM@USDOJ.GOV; HECTOR.DURAN.JR@USDOJ.GOV |
| OHIO GATHERING COMPANY LLC | FRANKSEMPLE@MARKWEST.COM; |
| PAUL WEISS RIFKIND WHARTON | AKORNBERG@PAULWEISS.COM; RBRITTON@PAULWEISS.COM |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | OSONIK@PBFCM.COM |
| PIONEER DRILLING SERVICES LTD | MPORTER@PIONEERES.COM |
| PORTER HEDGES LLP | jhiggins@porterhedges.com; sjohnson@porterhedges.com; myoung-john@porterhedges.com |
| ROC SERVICE COMPANY, LLC | CJOHNSON@ROCSERVICECO.COM |
| RWLS LLC DBA RENEGADE SERVICES | CLASSOUED@RENEGADEWLS.COM |
| SB DIRECTIONAL SERVICES LLC | SCOTT.BURCH@SBDIRECTIONALSERVICES.COM |
| SECURITIES & EXCHANGE COMMISSION | CHAIRMANOFFICE@SEC.GOV |
| STALLION OILFIELD CONSTRUCTION, CORP. | DMANNON@STALLIONOILFIELD.COM |
| STATE OF COLORADO ATTORNEY GENERAL | ATTORNEY.GENERAL@COAG.GOV |
| STATE OF LOUISIANA ATTORNEY GENERAL | CONSTITUENTSERVICES@AG.LOUISIANA.GOV |
| STATE OF LOUISIANA ATTORNEY GENERAL | CONSTITUENTSERVICES@AG.LOUISIANA.GOV |
| STATE OF MONTANA ATTORNEY GENERAL | CONTACTDOJ@MT.GOV |
| STATE OF NORTH DAKOTA ATTORNEY GENERAL | NDAG@ND.GOV |
| STATE OF OKLAHOMA ATTORNEY GENERAL | QUESTIONS@OAG.OK.GOV |
| THE UNITED STATES ATTORNEYS OFFICE | RICHARD.KINCHELOE@USDOJ.GOV |
| TRACO PRODUCTION SERVICES, INC. | john.nunnally@qualityco.com |
| UMB BANK, N.A. | Gavin.Wilkinson@umb.com |
| UNITED STATES ATTORNEYS OFFICE | Richard.Kincheloe@usdoj.gov |
| UNITEDLLEX | DANIEL.REED@UNITEDLEX.COM |
| UNIVERSAL PRESSURE PUMPING | ANDY.HENDRICKS@PATENERGY.COM |
| WOODFORD EXPRESS, LLC | JOSEPH@EXPLORERMIDSTREAM.COM |

**Gulfport Energy Corporation**
**Case No. 20-35562**
**FERC Email List**

| Creditor Name | Email |
|---|---|
| FEDERAL ENERGY REGULATORY COMMISSION | customer@ferc.gov |