# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| GULFPORT ENERGY CORPORATION, *et al.*,[1] | Case No. 20-35562 (DRJ) |
| Debtors. | (Jointly Administered) |
| GULFPORT ENERGY CORPORATION, | |
| Plaintiff. | Adv. Pro. No. 20-03464 |
| v. | |
| FEDERAL ENERGY REGULATORY COMMISSION, | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Gulfport Energy Corporation (the "Plaintiff") hereby voluntarily dismisses its claims and causes of action in the above-referenced adversary proceeding without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), made applicable to adversary proceedings by Federal Rule of Bankruptcy Procedure 7041. Plaintiff filed its Verified Original Complaint for Declaratory Judgment, *Ex Parte* Temporary Restraining Order, and Preliminary and Permanent Injunction on November 15, 2020. Defendant Federal Energy Regulatory Commission has not filed a responsive pleading in this adversary proceeding. Accordingly, Plaintiff hereby

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Gulfport Energy Corporation (1290); Gator Marine, Inc. (1710); Gator Marine Ivanhoe, Inc. (4897); Grizzly Holdings, Inc. (9108); Gulfport Appalachia, LLC (N/A); Gulfport MidCon, LLC (N/A); Gulfport Midstream Holdings, LLC (N/A); Jaguar Resources LLC (N/A); Mule Sky LLC (6808); Puma Resources, Inc. (6507); and Westhawk Minerals LLC (N/A). The location of the Debtors' service address is: 3001 Quail Springs Parkway, Oklahoma City, Oklahoma 73134.

1

voluntarily dismisses its claims and causes of action in the above-referenced adversary proceeding without prejudice.

Houston, Texas
November 23, 2020

Respectfully Submitted,

*/s/ Matthew D. Cavenaugh*

| | |
|---|---|
| **JACKSON WALKER L.L.P.**<br>Matthew D. Cavenaugh (TX Bar No. 24062656)<br>Veronica A. Polnick (TX Bar No. 24079148)<br>Cameron A. Secord (TX Bar No. 24093659)<br>1401 McKinney Street, Suite 1900<br>Houston, Texas 77010<br>Telephone:   (713) 752-4200<br>Facsimile:    (713) 752-4221<br>Email:          mcavenaugh@jw.com<br>                     vpolnick@jw.com<br>                     csecord@jw.com<br><br>*Proposed Co-Counsel for the Debtors and Debtors in Possession* | **KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Edward O. Sassower, P.C.<br>Steven N. Serajeddini, P.C. (*pro hac vice* pending)<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:   (212) 446-4600<br>Facsimile:    (212) 446-4800<br>Email:          edward.sassower@kirkland.com<br>                     steven.serajeddini@kirkland.com<br><br>-and-<br><br>Christopher S. Koenig (*pro hac vice* pending)<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:   (312) 862-2000<br>Facsimile:    (312) 862-2200<br>Email:           chris.koenig@kirkland.com<br><br>-and-<br><br>Anna G. Rotman, P.C. (TX Bar No. 24046761)<br>Jamie Alan Aycock (TX Bar No. 24050241)<br>Diana Clough Benton (TX Bar No. 24116098) (*pro hac vice pending)*<br>609 Main Street<br>Houston, TX 77002<br>Telephone:   (713) 836-3600<br>Facsimile:    (713) 836-3601<br>Email:          anna.rotman@kirkland.com<br>                     jamie.aycock@kirkland.com<br>                     diana.benton@kirkland.com<br><br>*Co-Counsel for the Debtors and Debtors in Possession* |

2

**Certificate of Service**

    I certify that on November 23, 2020, I caused a copy of this document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                      */s/ Matthew D. Cavenaugh*
                                                      Matthew D. Cavenaugh